In the Matter of the Claim of MARY WALSH, as Administratrix of the Estate of MILDRED D. GRAVES, Deceased, and as Guardian of JOAN GRAVES, an Infant, Respondent, against TIDEWATER OIL SALES COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted January 3, 1944; decided January 20, 1944.

*Joseph Saidel* for motions to dismiss appeals and in opposition to appellants' motions for leave to appeal.

*John J. Conners, Jr.,* for motions for leave to appeal and in opposition to motions to dismiss appeals.

Motion to dismiss appeal from order of Appellate Division, entered March 25, 1942, granted and appeal dismissed.

Motion to dismiss appeal from order of Appellate Division entered September 30, 1943, denied.

Motion for leave to appeal from order of Appellate Division entered March 25, 1942, dismissed.

Motion for leave to appeal from order of Appellate Division entered September 30, 1943, denied on ground an appeal lies as of right.